IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:  }
                   }  Case No. 10-30106
Charles  Brown     }
                   }  Chapter 13
                   }
**Debtor(s)**      }

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

## OBJECTION TO CLAIM NO. 17  OF THE INTERNAL REVENUE SERVICE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the claim of **THE INTERNAL REVENUE SERVICE, Claim No. 17**   and as grounds for said Objection will state as follows:

1. On March 17th, 2010, the Internal Revenue Service filed a total proof of claim for $52,000.  The proof of claim consisted of estimated tax for several years of unfiled returns which have now been filed and it also listed at least one return that is under examination.  Furthermore, the proof of claim includes estimated tax for 2009 taxes which are not due yet.

2. The debtor has since prepared and mailed to the Internal Revenue Service returns for tax years 2000 through 2008.   Signed, stamp-filed copies of said returns are being supplied to the U.S. Attorney's Office under separate cover.

3. The Debtors request that Claim No. 17 be amended to conform with the  returns filed said amount to be determined following processing of the debtor's returns by the Internal Revenue Service.

WHEREFORE, the premises considered, the Debtor objects to Claim No. 175 of the Internal

Revenue Service and asks this court to reduce the amount of the claim to conform with the returns filed.

Respectfully submitted this 26 day of March, 2010.

/s/ Vonda S. McLeod ASB-5507-D65-V
*Attorney for Debtor*:
Vonda S. McLeod ASB-5507-D65-V
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 26 day of March, 2010.

Hon. Curtis C. Reding
trustees_office@ch13mdal.com
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101

Internal Revenue Service
801 Tom Martin Drive
Stop R126
Birmingham, AL 35211

Hon. Patricia Conover
patricia.conover@usdoj.gov
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101

/s/Vonda S. McLeod
ASB-5507-D65-V